Herbert J. Haas, for appellant.

———

THE STATE OF OHIO, APPELLEE, *v.* PERSON, APPELLANT.

[Cite as *State v. Person,* 120 Ohio St.3d 323, 2008-Ohio-6250.]

(No. 2008–0419—Submitted November 19, 2008—Decided December 9, 2008.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Brown,* 119 Ohio St.3d 447, 2008-Ohio-4569, 895 N.E.2d 149.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZING-ER, and CUPP, JJ., concur.

———

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Ronald W. Springman Jr., Assistant Prosecuting Attorney, for appellee.

Cross, Smith & Associates and Gloria L. Smith, for appellant.